UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGINA NUNEZ

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

21-CV-4622 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    By an order dated June 1, 2021, the defendant was directed to file a motion for judgment on the pleadings - should the defendant determine to make such a motion - within 60 days of the date on which the Electronic Certified Administrative Record ("e-CAR") was filed. See Docket Entry No. 5. The e-CAR was filed on August 30, 2021. See Docket Entry No. 9. The docket sheet maintained by the Clerk of Court for this action does not reflect that the defendant filed a motion for judgment on the pleadings and the time for doing so has elapsed. Therefore, on or before November 8, 2021, the parties shall advise the Court, in writing, of the status of this action.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York
      November 3, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE